## DANIEL CARNEIRO *v.* COMMISSIONER OF CORRECTION

The petitioner Daniel Carneiro's petition for certification for appeal from the Appellate Court, 109 Conn. App. 513 (AC 28417), is denied.

*Christopher M. Neary*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided October 3, 2008